# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MAZZA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00073 |
| DELEK US HOLDINGS AND SUBSIDIARIES, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment (Doc. No. 23) is **GRANTED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE