# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Michael Mazza

                              Plaintiff,

v.                                                 Case No.: 3:23−cv−00073

Delek US Holding and Subsidiaries

                              Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/19/2024 re [33].

                                                                                Lynda M. Hill
                                                     s/ Annecia L Donigan, Deputy Clerk